# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JULIO ALEJANDRO BERNABE SAGASTUME MCINTOSH ,**

v.

**WARDEN ,**

_____

**JUDGMENT IN A CIVIL CASE**

CASE NO: **1:26–CV–02165–JLT–EGC**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

**IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 05/12/2026 .**

ENTERED:   **May 12, 2026**        _/s/_ **Keith Holland**_____
                                                     Clerk of Court