# United States District Court
# Eastern District of California

Julio Alejandro Bernabe Sagastume McIntosh
Plaintiff(s)

V.

Warden, et. al.
Defendant(s)

Case Number: 1:26-cv-02165-JLT-EGC

APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Vincent Rivas-Flores hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Julio Alejandro Bernabe Sagastume McIntosh

On 12/09/2016 (date), I was admitted to practice and presently in good standing in the District of Columbia (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 06/01/2026 Signature of Applicant: /s/ Vincent Rivas-Flores

**Pro Hac Vice Attorney**

Applicant's Name: Vincent Rivas-Flores

Law Firm Name: Amica Center for Immigrant Rights

Address: 1025 Connecticut Avenue NW

Suite 701

City: Washington State: DC Zip: 20036

Phone Number w/Area Code: (202) 240-2175

City and State of Residence: Leesburg, VA

Primary E-mail Address: vincent@amicacenter.org

Secondary E-mail Address: ______________________

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Atenas W. Burrola

Law Firm Name: Amica Center for Immigrant Rights

Address: 1025 Connecticut Ave. NW

Suite 701

City: Washington State: DC Zip: 20036

Phone Number w/Area Code: (202) 899-8621 Bar # 303209

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: July 22, 2026

Erin Sanger Castillo

JUDGE, U.S. DISTRICT COURT